IN THE SUPREME COURT OF THE STATE OF NEVADA

EDGAR MARTINEZ,
               Appellant,

vs.

ANN GUTIERREZ,
               Respondent.

No. 83228

FILED

SEP 10 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Aimee Banales, District Judge
       M.J. Caffaratti Law, LLC
       Ann Gutierrez
       Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

21-26317